1  Law Offices of Hadley & Fraulob
   230 Fifth Street
2  Marysville, CA  95901
   (530) 743-4458
3
   JOSEPH C. FRAULOB - State Bar #194355
4  Attorney for Plaintiff

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9

10 Lisa Padgett,                    )      Civil Action No: 2:10-CV-02412-CMK
             Plaintiff,             )
11                                  )      STIPULATION FOR EXTENSION
   v.                               )      OF TIME FOR FILING MOTION
12                                  )      FOR SUMMARY JUDGMENT
   Michael J. Astrue,               )
13 Commissioner of Social Security, )
             Defendant.             )
14 _____  )

15      IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is

16 granted an extension of thirty days, through Monday, May 16, 2011, to file the Motion for

17 Summary Judgment.

18      IT IS HEREBY NOTED that this is plaintiff's first extension requested.

19 Dated: 4/12/11                    / s / Joseph C. Fraulob
                                     Joseph C. Fraulob
20                                   Attorney for Plaintiff

21 Dated: 4/12/11                    / s / Peter Thompson
                                     Peter Thompson
22                                   Special Assistant U.S. Attorney
                                     Attorney for Defendant
23
   IT IS ORDERED
24
    DATED: April 15, 2011
25

26                                   _____
                                     **CRAIG M. KELLISON**
27                                   UNITED STATES MAGISTRATE JUDGE

28