Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA 95901
(530) 743-4458

JOSEPH C. FRAULOB - State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa Padgett,<br>            Plaintiff,<br>v.<br>Michae J. Astrue,<br>Commissioner of Social Security,<br>            Defendant. | Civil Action No: 2:10-CV-02412-CMK<br><br>STIPULATION FOR EXTENSION OF TIME FOR FILING MOTION FOR SUMMARY JUDGMENT AND ORDER |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, June 15, 2011, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated: 5/13/11    / s / Joseph C. Fraulob
                  Joseph C. Fraulob
                  Attorney for Plaintiff

Dated: 5/13/11    / s / Peter Thompson
                  Peter Thompson
                  Special Assistant U.S. Attorney
                  Attorney for Defendant

IT IS ORDERED

DATED: May 16, 2011

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE